IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| LINCOLN J. UNRUH, | § § | |
| Plaintiffs, | § § | Civil Action No. 2:13-CV-234 |
| v. | § § § | |
| HUAWEI TECHNOLOGIES CO., LTD., and FUTUREWEI TECHNOLOGIES, INC., | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

### PLAINTIFF LINCOLN J. UNRUH'S UNOPPOSED MOTION FOR ENTRY OF AGREED DISCOVERY ORDER, DOCKET CONTROL ORDER, E-DISCOVERY ORDER AND ORDER FOCUSING PATENT CLAIMS AND PRIOR ART

Lincoln J. Unruh, plaintiff in the above-entitled and numbered civil action, respectfully moves for the Court to enter the agreed Discovery Order attached hereto as Exhibit A, the agreed Docket Control Order attached hereto as Exhibit B, the agreed Order Regarding E-Discovery attached hereto as Exhibit C and the Agreed Order Focusing Patent Claims and Prior Art attached hereto as Exhibit D.

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com

1

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Andrew Kochanowski
State Bar No. P55117
AKochanowski@sommerspc.com
Lisa R. Mikalonis
State Bar No. P39485
LMikalonis@sommerspc.com
Krista M. Hosmer
State Bar No. P68939
KHosmer@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300
Facsimile: (248) 936-2153

*Counsel for Lincoln J. Unruh*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service are being served with a true and correct copy of the foregoing by email, on this the 17th day of January 2014.

Eric M. Albritton

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet and confer requirements of Local Rule CV-7(h)-(i) and that the foregoing motion is unopposed upon by all parties.

Eric M. Albritton

2